United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ETHNOBOTANICA, RYAN BOOKER, JOHN TILLEY, and DOES 1-15,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF SANTA CRUZ, DEPUTY HOWE, SGT. YANEZ, and DOES 1-15,<br><br>　　　　　　Defendants. | Case No.: 11-CV-02979-LHK<br><br>ORDER DENYING MOTION TO VACATE ALL LITIGATION DATES |

The parties have filed a stipulation and proposed order vacating all pending litigation dates and staying the case until June 2012.  ECF No. 19.  The parties' motion is DENIED because they have not shown good cause for a six month stay.  The parties may, if they so choose, file a stipulation dismissing the case without prejudice and instituting a tolling agreement to preserve the respective rights of the parties.

Otherwise, the parties shall attend the case management conference currently scheduled for December 21, 2011, and shall file a joint case management statement by Monday, December 19, 2011 at noon.

**IT IS SO ORDERED.**

Dated: December 15, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02979-LHK
ORDER DENYING MOTION TO VACATE ALL DATES